IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,

        Petitioner,        No. 2: 12-cv-2489 WBS JFM (HC)

   vs.

WILLIAM KNIPP,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 17, 2012, respondent filed a motion to dismiss. To date, petitioner has not filed an opposition to the motion to dismiss nor a statement of non-opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

/////

/////

/////

/////

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,
2 within twenty-one (21) days of the date of this order, why respondent's December 17, 2012
3 motion to dismiss should not be granted. Failure to comply with this order may result in a
4 recommendation that the action be dismissed.
5 DATED: January 31, 2013.

                                    UNITED STATES MAGISTRATE JUDGE

14
sand2489.46.osc.hab